UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDDIE L. BANKS,

    Plaintiff,

v.                                                                               Case No. 6:14-cv-488-Orl-37TBS

CASHCALL, INC., and DELBERT
SERVICES CORP.,

    Defendants.
_____/

### ORDER

Pending before the Court are Plaintiff's Motion for Default (Doc. 6) and Motion for Default (Doc. 7). Plaintiff filed this lawsuit in state court, Defendants were served and acknowledge that the state court entered defaults against them (Doc. 15 at 1). But, they contend that the case was properly removed to this Court before the defaults were entered (Id.). The Court accepts this representation although, the state court defaults are not part of the record (Docket). If the state court defaults were entered after removal, they are void ab initio. Tobias v. O'Neal, No. 6:00-cv-1083-Orl-22C, 2000 WL 1931373 at *1 (M.D.Fla. Dec. 5, 2000). If the defaults were entered prior to removal, then they have not been vacated and thus, the pending motions are moot. Defendants are actively defending this case. Subsequent to removal, they filed their motion to dismiss for lack of jurisdiction, or alternatively, to compel arbitration and stay or dismiss the case (Doc. 15). Accordingly, Plaintiff's Motion for Default (Doc. 6) and Motion for Default (Doc. 7) are both DENIED.

    IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on April 4, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel