UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDDIE L. BANKS,

    Plaintiff,

v.

CASHCALL, INC. and DELBERT
SERVICES CORPORATION,

    Defendant.

Case No. 6:14-CV-488-Orl-37TBS

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendants CashCall, Inc. and Delbert Services Corporation, by and through its undersigned attorneys, moves this Court for an order allowing Neil M. Barofsky, Brian J. Fischer, and Katya Jestin to appear in this Court as co-counsel on behalf of CashCall, Inc. and Delbert Services Corporation in the above-styled lawsuit. In support of this motion, CashCall, Inc. and Delbert Services Corporation say:

1.    Neil M. Barofsky, Brian J. Fischer, and Katya Jestin and their law firm, Jenner & Block LLP, have been retained to represent Cashcall, Inc. and Delbert Services Corporation as co-counsel in all proceedings conducted in this cause.

2.    Mr. Barofsky is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States Supreme Court and the United States District Courts for the Southern and Eastern Districts of New York.

3. Mr. Fischer is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

4. Ms. Jestin is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

5. Mr. Barofsky, Mr. Fischer, and Ms. Jestin are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Barofsky, Mr. Fischer, and Ms. Jestin are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Mr. Barofsky, Mr. Fischer, and Ms. Jestin designate Christopher S. Carver and the law firm of Akerman LLP, 25th Floor, 1 SE 3rd Ave., Miami, FL 33131-1714, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

7. Through his signature affixed below, Christopher S. Carver of the law firm of Akerman LLP hereby consents to such designation.

8. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Christopher S. Carver certifies that Mr. Barofsky, Mr. Fischer

and Ms. Jestin have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle of District of Florida.

WHEREFORE, Defendants CashCall, Inc. and Delbert Services Corporation respectfully request this Court enter an order admitting Mr. Barofsky, Mr. Fischer, and Ms. Jestin to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, on April 9, 2014, counsel for Defendants, Thomas R. Yaegers, Esq., conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

### MEMORANDUM OF LAW

CashCall, Inc. and Delbert Services Corporation's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

DATED:    April 9, 2014            Respectfully submitted,

**AKERMAN LLP**
One S.E. Third Avenue — 25th Floor
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095

By: s/Christopher S. Carver
   Christopher S. Carver
   Florida Bar No. 993580
   E-mail: christopher.carver@akerman.com
   Thomas R. Yaegers
   Florida Bar No. 0021351
   E-mail: thomas.yaegers@akerman.com
   **AKERMAN LLP**
   420 S. Orange Avenue – Suite 1200

              Orlando, FL 32801
              Tel.: 407-423-4000
              Fax: 407-254-4215

Neil M. Barofsky
Brian J. Fischer
Katya Jestin
(*Pro hac vice* pending)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, NY 10022-3908
Tel.: 212-891-1681
Fax: 212-909-0881
E-mail: NBarofsky@jenner.com
E-mail: BFischer@jenner.com
E-mail: KJestin@jenner.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I, Christopher S. Carver, hereby certify that true and correct copies of the foregoing was served on April 9, 2014 electronically to all counsel of record on the following Service List via CM/ECF.

            /s/ Christopher S. Carver_____
            Christopher S. Carver

## SERVICE LIST

*Banks v. Cashcall, Inc.*
**CASE NO. 6:14-cv-488-ORL-37-TBS**
<u>U.S. District Court, Middle District of Florida</u>

| **Counsel for Plaintiff** | **Counsel for Defendants** |
|---|---|
| (service by CM/ECF) | (service by CM/ECF) |

N. James Turner, Esq.
37 N. Orange Avenue, Suite 500
Orlando, FL 32801
Tel.: 888-8775103
E-mail: njtlaw@gmail.com

Christopher S. Carver, Esq.
**AKERMAN LLP**
One S.E. Third Avenue – 25th Floor
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095
E-mail: christopher.carver@akerman.com

Thomas R. Yaegers, Esq.
**AKERMAN LLP**
420 S. Orange Avenue – Suite 1200
Orlando, FL 32801
Tel.:  407-423-4000
Fax: 407-254-4215
E-mail: thomas.yaegers@akerman.com

Neil M. Barofsky, Esq.
Brian J. Fischer, Esq.
Katya Jestin, Esq.
(*Pro hac vice* motions forthcoming)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, NY 10022-3908
Tel.: 212-891-1681
Fax: 212-909-0881
E-mail: NBarofsky@jenner.com
E-mail: BFischer@jenner.com
E-mail: KJestin@jenner.com