**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**CASE NO. 6:14-CV-488-ORL-37TBS**

**EDDIE L. BANKS,**

    **Plaintiff,**

v.

**CASHCALL, INC., and DELBERT**
**SERVICES CORP.,**

    **Defendants.**

_____/

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_X_    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> *Eddie L. Banks v. CashCall, Inc. and Delbert Services Corp. Case No. 2014-CC-002347-O, previously pending in the County Court of the Ninth Judicial Circuit in and for Orange County, Florida, REMOVED TO THIS COURT ON MARCH 26, 2014.*

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of that party.

Dated: April 14, 2014.

                                          Respectfully submitted,

                                          **AKERMAN LLP**
                                          One S.E. 3rd Avenue–25th Floor
                                          Miami, FL 33131-1714

{28482122;1}

Tel.: 305-374-5600
Fax: 305-374-5095

By:*/s/ Christopher S. Carver*
Christopher S. Carver
Florida Bar. No. 993580
E-mail:
christopher.carver@akerman.com
Thomas R. Yaegers
Florida Bar No. 0021351
E-mail:
thomas.yaegers@akerman.com
**AKERMAN LLP**
420 S. Orange Avenue – Suite 1200
Orlando, FL 32801
Tel.: 407-423-4000
Fax: 407-254-4215
Katya Jestin
Neil M. Barofsky
Brian J. Fischer
(admitted pro hac vice)

**JENNER & BLOCK LLP**
919 Third Avenue
New York, NY 10022-3908
Phone: 212-891-1681
Fax: 212-909-0881
E-mail: kjestin@jenner.com
E-mail: nbarofsky@jenner.com
E-mail: bfischer@jenner.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS** were served on April 14, 2014, on all counsel or parties of record on the following Service List via CM/ECF.

*/s/ Christopher S. Carver*
Attorney

**SERVICE LIST**

*Banks v. Cashcall, Inc.*
**CASE NO. 6:14-cv-488-ORL-37-TBS**
**U.S. District Court, Middle District of Florida**

| | |
|---|---|
| Counsel for Plaintiff<br>(service by CM/ECF) | Counsel for Defendants<br>(service by CM/ECF) |
| N. James Turner, Esq.<br>37 N. Orange Avenue, Suite 500<br>Orlando, FL 32801<br>Tel.: 888-8775103<br>E-mail: njtlaw@gmail.com | Christopher S. Carver, Esq.<br>**AKERMAN LLP**<br>One S.E. Third Avenue – 25th Floor<br>Miami, FL 33131-1714<br>Tel.: 305-374-5600<br>Fax: 305-374-5095<br>E-mail: christopher.carver@akerman.com<br><br>Thomas R. Yaegers, Esq.<br>**AKERMAN LLP**<br>420 S. Orange Avenue – Suite 1200<br>Orlando, FL 32801<br>Tel.: 407-423-4000<br>Fax: 407-254-4215<br>E-mail: thomas.yaegers@akerman.com<br><br>Katya Jestin, Esq.<br>Neil M. Barofsky, Esq.<br>Brian J. Fischer, Esq.<br>(admitted pro hac vice)<br>**JENNER & BLOCK LLP**<br>919 Third Avenue<br>New York, NY 10022-3908<br>Tel.: 212-891-1681<br>Fax: 212-909-0881<br>E-mail: kjestin@jenner.com<br>E-mail: nbarofsky@jenner.com<br>E-mail: bfischer@jenner.com |