**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EDDIE L. BANKS,

    Plaintiff,

v.                                             Case No. 6:14-cv-488-Orl-37TBS

CASHCALL, INC.; and DELBERT
SERVICES CORPORATION,

    Defendants.

**ORDER**

This cause is before the Court on the following:

1. Defendants' Motion to Dismiss or, Alternatively, to Compel Arbitration and Stay or Dismiss the Case, and Memorandum in Support (Doc. 15), filed April 2, 2014; and

2. Memorandum of Law in Opposition to Defendants' Motion to Dismiss or, Alternatively, to Compel Arbitration and Stay or Dismiss the Case (Doc. 30), filed April 30, 2014.

On July 11, 2014, the Court held a hearing on Defendants' motion to dismiss or compel arbitration. (Doc. 42.) In their filings and in open court, the parties advised that the precise issues raised in Defendants' motion are now pending before the U.S. Court of Appeals for the Eleventh Circuit on interlocutory appeals filed in *Inetianbor v. CashCall, Inc.*, No. 13-60066-CIV (S.D. Fla. 2013), and in *Parnell v. Western Sky Financial, LLC*, No. 4:14-cv-24 (N.D. Ga. 2014). (*See* Doc. 43, pp. 29–30.) In the interest of judicial economy as well as the conservation of the parties' resources, the Court finds that this action is due to be stayed pending resolution of the aforementioned appeals.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED** pending resolution of the interlocutory appeals in *Inetianbor v. CashCall, Inc.*, No. 13-60066-CIV (S.D. Fla. 2013), and in *Parnell v. Western Sky Financial, LLC*, No. 4:14-cv-24 (N.D. Ga. 2014).

2. The parties are **DIRECTED** to file a joint status report every ninety (90) days from the date of this Order and to promptly notify the Court of the U.S. Court of Appeals for the Eleventh Circuit's disposition of the aforementioned appeals.

3. The Clerk is **DIRECTED** to terminate Defendants' Motion to Dismiss or, Alternatively, to Compel Arbitration and Stay or Dismiss the Case (Doc. 15) and to administratively close this case. The Court will take the motion under advisement upon reopening of the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 1, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record