IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:14-CV-488-ORL-37-TBS

**EDDIE L. BANKS,**

    **Plaintiff,**

**v.**

**CASHCALL, INC., and DELBERT SERVICES CORP.,**

    **Defendants.**

    _____/

## JOINT STATUS REPORT

Pursuant to this Court's August 1, 2014 Order (Dkt. # 45), Plaintiff, Eddie L. Banks ("Banks"), and Defendants, CashCall, Inc. ("CashCall") and Delbert Services Corp., hereby submit their Joint Status Report, and state as follows:

1. The Eleventh Circuit decided *Inetianbor v. CashCall, Inc.* on October 2, 2014, in which the court affirmed the denial of CashCall's motion to compel arbitration. On October 23, 2014, CashCall filed a petition for rehearing *en banc*. That petition is currently pending.

2. CashCall filed its opening brief in *Parnell v. Western Sky Financial, LLC* on October 2, 2014. Under Federal Rule of Appellate Procedure 31(a)(1) and Eleventh Circuit Rule 31-1(a), the plaintiff's brief is currently due on November 3, 2014.

{29805946;1}

Respectfully submitted,

| | |
|---|---|
| */s/ N. James Turner (w/ express permission)* | */s/ Thomas R. Yaegers* |
| | Christopher S. Carver, Esq. |
| N. James Turner, Esq. | AKERMAN LLP |
| Florida Bar No. 203041 | Florida Bar No. 993580 |
| E-mail: njtlaw@gmail.com | E-mail: christopher.carver@akerman.com |
| 37 N. Orange Avenue | One S.E. Third Avenue—25th Floor |
| Suite 500 | Miami, FL 33131-1714 |
| Orlando, FL 32801 | Tel.:  (305) 374-5600 |
| Tel: (407) 234-3535 | Facsimile:  (305) 374-5095 |
| | |
| | Thomas R. Yaegers, Esq. |
| | AKERMAN LLP |
| | Florida Bar No. 0021351 |
| | E-mail: thomas.yaegers@akerman.com |
| | 420 S. Orange Avenue, Suite 1200 |
| | Orlando, FL 32801 |
| | Tel:  (407) 423-4000 |
| | Facsimile:  (407) 254-4215 |
| | -and- |
| | |
| | Katya Jestin |
| | Neil M. Barofsky |
| | Brian J. Fischer |
| | (admitted pro hac vice) |
| | |
| | JENNER & BLOCK LLP |
| | 919 Third Avenue |
| | New York, NY 10022-3908 |
| | Tel: (212) 891-1681 |
| | Fax:  (212) 909-0881 |
| | E-mail: kjestin@jenner.com |
| | E-mail: nbarofsky@jenner.com |
| | E-mail: bfischer@jenner.com |

## CERTIFICATE OF SERVICE

I, Thomas R. Yaegers, hereby certify that true and correct copies of the foregoing was served on October 29, 2014 electronically to all counsel of record via CM/ECF.

/s/ Thomas R. Yaegers
Thomas R. Yaegers

{29805946;1}