UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Case No: 6:14-cv-488-Orl-37-TBS

EDDIE L. BANKS,

    Plaintiff,

vs.

CASHCALL, INC., and DELBERT
SERVICES CORP.,

    Defendants.
_____/

# NOTICE TO COURT

    N. James Turner, Esq., counsel for Plaintiff, EDDIE L. BANKS, hereby gives Notice to the Court of the following pertinent facts regarding the above action:

    1. In January of 2014, the Plaintiff contacted the undersigned regarding the legal questions involving the enforceability of a document entitled Western Sky Consumer Loan Agreement in the principal amount of $9,925.00 at the interest rate of 89.68% with Western Sky Financial, LLC as the lender.

    2. In January of 2014, undersigned counsel offered and Plaintiff accepted legal representation regarding the legal issues described in the preceding paragraph.

    3. At the time of the creation of the attorney-client relationship described above, Plaintiff was living and working in Bagram, Afghanistan.

    4. Undersigned counsel and Plaintiff have only communicated by email and telephone at Plaintiff's station in Bagram, Afghanistan.

5. The last time that the undersigned has communicated with the Plaintiff was in August of 2015.

6. Since May 29, 2016, the undersigned has attempted to contact Plaintiff by email and telephone, all to no avail.

7. Undersigned counsel has no way of contacting Plaintiff in order to proceed with arbitration of the above matter.

8. The last time that the undersigned and Plaintiff were in communication was one year ago.

    /s/ N. James Turner
N. James Turner, Esq.
Counsel for Plaintiff
37 N. Orange Avenue, Suite 500
Orlando, FL 32801-2334
Telephone (888) 877 -5103
E-mail address: njtlaw@gmail.com
Florida Bar No. 0203041

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 12 August 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   Christopher S. Carver, Esq.,  AKERMAN LLP, One S.E. Third Avenue — 25th Floor, Miami, FL 33131-1714 and Thomas R. Yaegers, Esq., AKERMAN LLP, 420 S. Orange Avenue – Suite 1200, Orlando, FL 32801.

    /s/ N. James Turner
N. James Turner, Esquire