UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Case No: 6:14-cv-488-Orl-37-TBS

EDDIE L. BANKS,

    Plaintiff,

vs.

CASHCALL, INC., and DELBERT
SERVICES CORP.,

    Defendants.
_____/

# **PLAINTIFF'S RESPONSE TO COURT ORDER**

N. James Turner, Esq., counsel for Plaintiff, EDDIE L. BANKS, hereby files this Response to this Court's Order dated August 19, 2016, and states:

1. Counsel has no basis to demonstrate cause why this action should not be dismissed for failure to prosecute.

2. To the best of counsel's knowledge, Plaintiff was not and is not engaged in active military service.

                                                /s/ N. James Turner
                                                N. James Turner, Esq.
                                                Counsel for Plaintiff
                                                37 N. Orange Avenue, Suite 500
                                                Orlando, FL 32801-2334
                                                Telephone (888) 877 -5103
                                                E-mail address: njtlaw@gmail.com
                                                Florida Bar No. 0203041

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on 24 August 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   Christopher S. Carver, Esq.,  AKERMAN LLP, One S.E. Third Avenue — 25th Floor, Miami, FL 33131-1714 and Thomas R. Yaegers, Esq., AKERMAN LLP, 420 S. Orange Avenue – Suite 1200, Orlando, FL 32801.

                                        */s/ N. James Turner*
                                        N. James Turner, Esquire